# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Dayana Galvan Guerra
                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−14620
                                                        Honorable LaShonda A. Hunt

Sam Olson, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, December 30, 2025:


      MINUTE entry before the Honorable LaShonda A. Hunt: The parties' joint status report [10] indicates that Petitioner was released from ICE custody on 12/19/25. Accordingly, the Court's 12/12/25 order [9] granting the petition for writ of habeas corpus [1] has been complied with and this action is terminated as moot. All pending motions and deadlines are terminated as moot. Civil case terminated. (rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.